IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LAUREN HOLMES**, *et al.*, | * | |
| **Plaintiffs,** | * | |
| v. | | |
| | * | Civil No.: 1:19-cv-03392-RDB |
| **BALTIMORE POLICE** | * | |
| **DEPARTMENT**, *et al.*, | * | |
| | | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion for an Extension of Time filed by Defendants, Baltimore Police Department, Mayor & City Council of Baltimore, and former Baltimore Police Commissioner Kevin Davis, it is this __22nd__ day of __October__ 2020, hereby ordered:

1. The Consent Motion for an Extension of time is GRANTED.

2. The time within which Defendants must answer or otherwise respond to the Complaint filed in the above-captioned case is extended up to and including **Monday, November 23, 2020**.

/s/ - Richard D. Bennett
UNITED STATES DISTRICT JUDGE