# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**LAUREN HOLMES**, *et al.*,   *

       **Plaintiffs,**   *

v.

       *   **Civil No.: 1:19-cv-03392-RDB**

**BALTIMORE POLICE**   *
**DEPARTMENT**, *et al.*,

       *

       **Defendants.**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Consent Motion for an Extension of Time filed by Defendants, Baltimore Police Department, Mayor & City Council of Baltimore, and former Baltimore Police Commissioner Kevin Davis, it is this ___8th___ day of ___February___ 2021, hereby ordered:

1. The Consent Motion for an Extension of time is GRANTED.

2. The time within which Defendants must answer or otherwise respond to the Complaint filed in the above-captioned case is extended up to and including **Monday, March 8, 2021**.

                                             /s/ - Richard D. Bennett
                                             UNITED STATES DISTRICT JUDGE