IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LAUREN HOLMES,** *et al.*, | * | |
| **Plaintiffs,** | * | |
| v. | | |
| | * | **Civil No.: 1:19-cv-03392-RDB** |
| **BALTIMORE POLICE** | * | |
| **DEPARTMENT,** *et al.*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants, Baltimore Police Department, Mayor & City Council of Baltimore, and former Baltimore Police Commissioner Kevin Davis, by and through their attorneys and with the consent of Plaintiffs, respectfully move to extend the time within which to answer or otherwise respond to the Complaint filed in the above-captioned case up to and including Monday, April 5, 2021, and in support thereof state as follows:

1. Plaintiffs filed their Complaint on November 25, 2019. ECF No. 1.

2. Defendants waived service of process on January 22, 2020. ECF No. 11.

3. Counsel for the parties continue to engage in productive discussions regarding the resolution of Plaintiffs' claims and are making substantial progress. It is therefore in the best interest of the parties and judicial economy to postpone the deadline to file a response to the Complaint.

4. Defendants' response to Plaintiffs' Complaint is currently due on March 8, 2021. ECF No. 25. Plaintiffs' counsel has agreed and consented to a twenty-eight (28) day extension of the deadline to answer or otherwise respond to the Complaint.

5. This request for an extension is not filed for any improper purpose or delay.

WHEREFORE, Defendants, with consent of Plaintiffs, respectfully request an extension of time to file their responses, up to and including Monday April 5. 2021. A proposed order is attached.

Respectfully submitted,

James L. Shea
CITY SOLICITOR

_____/s/_____
Elisabeth S. Walden (No. 28684)
Chief, Police Legal Affairs
Kara K. Lynch (No. 29351)
Chief Solicitor
Baltimore City Law Department
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
Telephone: (410) 396-2496
Facsimile: (410) 396-2126
E-mail: kara.lynch@baltimorepolice.org

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, a copy of the foregoing Consent Motion for Extension of Time was filed with the United States District Court for the District of Maryland by electronic filing and served on all counsel of record via the Court's electronic filing system.

_____/s/_____
Kara K. Lynch (29351)