IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LAUREN HOLMES,** *et al.*, | * | |
| **Plaintiffs,** | * | |
| v. | | |
| | * | **Civil No.: 1:19-cv-03392-RDB** |
| **BALTIMORE POLICE** | * | |
| **DEPARTMENT,** *et al.*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STATUS REPORT

Plaintiffs, Lauren Holmes, Nicole Lee, Luella Lawson, and Juaqueta Bullock, together with Defendants, Baltimore Police Department, Mayor & City Council of Baltimore, and former Baltimore Commissioner Kevin Davis jointly submit this status report and state as follows:

1. Plaintiffs filed their Complaint on November 25, 2019. ECF No. 1.

2. Defendants waived service of process on January 22, 2020. ECF No. 11.

3. Defendants are required to answer or otherwise respond to Plaintiffs' Complaint by Monday, June 7, 2021. ECF No. 29.

4. The Parties have reached a settlement regarding all of Plaintiffs' legal claims (other than for attorneys' fees, as noted below). The Parties have obtained the verbal agreement of all signatories to the terms of the Settlement Agreement and are in the process of obtaining signatures from each.

5. The Settlement Agreement includes monetary and non-monetary terms, and contemplates that the Plaintiffs will file a Joint Motion for Dismissal and Proposed Order after the last of the following events:  execution of the Settlement Agreement (which is in process),

receipt of the settlement proceeds, confirmation of expungement of certain records, and resolution of the attorney's fee claim.  The Settlement Agreement and proposed Agreed Order of Dismissal further request that the Court retain jurisdiction for the purpose of enforcing the Settlement Agreement's terms.

6. The Settlement Agreement disposes of all of Plaintiffs' underlying claims on the merits, and reserves only the attorneys' fees claim to be separately adjudicated.

7. The Parties have engaged in preliminary discussions regarding the resolution of attorneys' fees and believe that they would benefit from the assistance of a United States Magistrate Judge in a settlement conference.

8. Accordingly, the Parties request that this Court refer the resolution of attorneys' fees to a United States Magistrate Judge as soon as practicable, and before a briefing schedule is set.

9. The Parties are available to provide additional information at the Court's convenience.

Dated: June 7, 2021

                    Respectfully submitted,

                    James L. Shea
                    CITY SOLICITOR

                    _____/s/_____
                    Elisabeth S. Walden (28684)
                    Chief, Police Legal Affairs
                    Kara K. Lynch (29351)
                    Chief Solicitor
                    Baltimore City Law Department
                    100 N. Holliday Street, Room 101
                    Baltimore, Maryland 21202
                    Telephone: (410) 396-2496
                    Facsimile:  (410) 396-2126
                    E-mail: kara.lynch@baltimorepolice.org

                    lisa.walden@baltimorepolice.org

*Attorneys for Defendants*

/s/ Daniel W. Wolff
Daniel W. Wolff (No. 19940)
Astor Heaven (No. 18705)
Helen Osun (No. 21139)
Siri Rao (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
dwolff@crowell.com
aheaven@crowell.com
hosun@crowell.com
srao@crowell.com

David R. Rocah (No. 27315)
American Civil Liberties Union Foundation of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
Tel: (410) 889-8555
Fax: (410) 366-7838
rocah@aclu-md.org

*Attorneys for Plaintiffs*

3